THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   ALLAN RORVIK,                          CASE NO. C17-0946-JCC

10                     Plaintiff,          MINUTE ORDER

11          v.

12   SNOHOMISH SCHOOL DISTRICT, *et
     al.*,
13
                      Defendants.
14

15          The following Minute Order is made by direction of the Court, the Honorable John C.

16  Coughenour, United States District Judge:

17          This matter comes before the Court on the parties' stipulation for withdrawal and

18  substitution of Plaintiff's counsel pursuant to Local Civil Rule 83.2(b)(1). (Dkt. No. 12). The

19  motion is GRANTED. Effective immediately, Gregory A. McBroom and Bryan C. White and

20  the law firm of Life Point Law have withdrawn as Plaintiff's counsel. Gregory A. McBroom and

21  the law firm of Smith McBroom, PLLC have substituted.

22          All further pleadings to Plaintiff shall be served to: Gregory A. McBroom, Smith

23  McBroom, PLLC, 314 Williams Ave. S., P.O. Box 510, Renton, Washington 98057.

24  //

25  //

26  //

1     DATED this 8th day of June 2018.

2                                William M. McCool

3                                Clerk of Court

4                                /s/Tomas Hernandez

                                 Deputy Clerk