THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLAN RORVIK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SNOHOMISH SCHOOL DISTRICT,<br><br>　　　　　Defendant. | CASE NO. C17-0946-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery deadline (Dkt. No. 15). The parties seek an extension to July 2, 2018 solely for the purpose of deposing Donna Rorvik. (*Id*. at 2.) The motion is GRANTED. The discovery deadline is extended to July 2, 2018 solely for the purposes of Ms. Rorvik's deposition. All other case management deadlines remain unchanged.

DATED this 27th day of June 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C17-0946-JCC
PAGE - 1